# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 194 WAL 2023

                Respondent   :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

             v.   :

                                    :

KEITH LAMAR FOSTER,   :

                Petitioner   :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 27th day of December, 2023, the Petition for Allowance of Appeal is **GRANTED**. The issue, rephrased for clarity, is:

> Whether, under the applicable totality of the circumstances test, the detective's representation to petitioner that he was not a suspect rendered petitioner's subsequent statement involuntary?